

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Steve Didmon v. American Arbitration Association, Inc. and Frontier
                         Drilling USA, Inc. n/k/a Paragon Offshore USA Inc.

Appellate case number:   01-16-00022-CV

Trial court case number:  2015-29863

Trial court:              295th District Court of Harris County

        The motion for rehearing filed by Appellant Steve Didmon is **denied**.


Justice's signature:  /s/ Jane Bland
                      Acting for the Court

Panel consists of: Justices Bland, Massengale, and Lloyd


Date: January 24, 2017